IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3129 |
| | ) | |
| v. | ) | |
| | ) | |
| KELVIN L. STINSON, | ) | MOTION FOR LEAVE |
| BRANDON A. MAUL, aka "B-Red," | ) | TO DISMISS SUPERSEDING |
| SOLOMON B. HAWTHORNE, aka | ) | INDICTMENT |
| "Double Cheese," and | ) | |
| MICHAEL F. WEAVER, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the District of Nebraska hereby asks leave of the Court to dismiss, without prejudice, the Superseding Indictment herein only as to Defendant, KELVIN L. STINSON, because KELVIN L. STINSON has been indicted in 4:09CR3069.

Respectfully Submitted,

UNITED STATES OF AMERICA
Plaintiff

*/s/ Joe W. Stecher*
JOE W. STECHER #17802
UNITED STATES ATTORNEY
DISTRICT OF NEBRASKA
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102-1506
(402) 661-3700

## CERTIFICATE OF SERVICE

      I hereby certify that on August 28, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Gregory Damman
Corey Reiman
James McGough
Mike Tassett

and hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

None

                                        */s/ Joe W. Stecher*
                                        JOE W. STECHER
                                        United States Attorney