# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:08CR3129 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| BRANDON MAUL, | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) The government's request for hearing is granted.

(2) A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing nos. 249 and 267) has been set before the undersigned United States district judge on Thursday, May 24, 2012, at 1:30 p.m., in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(3) The United States Marshal is directed to return the defendant to the district for the hearing.

Dated May 8, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge