IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:08CR3129 |
| V. | ) | |
| MICHAEL F. WEAVER, | ) | ORDER |
| Defendant. | ) | |

This matter is pending resolution of a possible sentence reduction under the Fair Sentencing Act of 2010. With the agreement of counsel expressed in a telephone conference held on June 7, 2012,

IT IS ORDERED that:

1. Counsel shall submit a joint stipulation or separate briefs regarding the amount of crack cocaine properly attributable to the defendant based upon the record previously developed in this case. The deadline for submission of the stipulation or briefs is June 29, 2012. After that, the Court will resolve the sentence reduction issue without a hearing.

2. My chambers shall call this matter to my attention on July 2, 2012.

DATED this 7th day of June, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge